The Supreme Court docket number is SC 14861x01.

*Mitchell S. Brody,* assistant state's attorney, in support of the petition.

Decided October 28, 1993

CHARLES BURKE *v.* LOUIS S. AVITABILE

The defendant's petition for certification for appeal from the Appellate Court, 32 Conn. App. 765 (AC 11723), is denied.

*Meryl Anne Spat,* in support of the petition.

*Charles Burke,* pro se, in opposition.

Decided November 4, 1993

CHARLES BURKE *v.* LOUIS S. AVITABILE

The plaintiff's petition for certification for appeal from the Appellate Court, 32 Conn. App. 765 (AC 11723), is denied.

*Charles Burke,* pro se, in support of the petition.

Decided November 4, 1993

DENISE M. ORSI ET AL. *v.* ROSE A. SENATORE, COMMISSIONER OF CHILDREN AND YOUTH SERVICES

The defendant's petition for certification for appeal from the Appellate Court, 31 Conn. App. 400 (AC 10363), is granted, limited to the following issues:

"1. Does a foster parent have standing to make the legal claims of a foster child in her care?